**Nathan J. YANCEY, Jr.,**
**Plaintiff–Appellant,**

v.

V. RASCOE, Correctional Officer; I. Peck, Officer–in–Charge, Correctional Officer Supervisor; W. Epperson, Lieutenant, Correctional Officer Supervisor; Ms. Lawrences, Inmate Hearings Officer; J. Everette, Housing Unit Manager/Institutional Review Officer; Ms. Carabello–Fernandez, Housing Unit Manager; D. Garraghty, Head Warden/Superintendent, Defendants–Appellees.

No. 01–7955.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Nathan J. Yancey, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Nathan J. Yancey, Jr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Yancey v. Rascoe,* No. CA–01–1498–AM (E.D.Va. Nov. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*